

FILED ✓ / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 15

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHUFFLE MASTER, INC., a Minnesota corporation,<br><br>         Plaintiff,<br>vs.<br><br>VENDINGDATA CORPORATION, a Nevada corporation; CASINOVATIONS, INC., a Nevada corporation; and CASINOVATIONS SALES INC., a Nevada corporation, et. al.,<br><br>         Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-S-02-0438-JCM (PAL)<br><br>Date:   N/A<br>Time:   N/A |

## ORDER

On August 24, 2004, defendants Vendingdata Corp., Casinovations, Inc., and Casinovations Sales, Inc., moved for summary judgment (#107). On September 13, 2004, plaintiff Shuffle Master, Inc. filed its opposition to defendants' motion for summary judgment (#110). Defendants filed their reply in support of the motion for summary judgment (#112) on September 27, 2004.

Defendants have failed to submit admissible evidence in support of the arguments made in their motion for summary judgment. *See Orr v. Bank of America*, 285 F.3d 764 (9th Cir. 2002).

. . .

. . .

113

1  IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that defendants'
2  motion for summary judgment (#107), be, and the same hereby is, DENIED.
3  DATED Oct 14, 2004.

6  _____
   UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the **18** day of October, 2004 I did cause to be served upon the individuals listed below at the addresses listed below a copy of the foregoing order by placing a copy thereof in the United States mails first-class postage prepaid or in the attorney's distribution box located in the U.S. court clerk's office:

Donald Campbell, Esq.
J. Colby Williams, Esq.
700 S. Seventh Street
Las Vegas, Nevada  89101
Attorneys for the plaintiff

Joseph R. Re, Esq.
Irfan A. Lateef, Esq.
Knobbe Martens Olson & Bear
2040 Main Street, 14th Floor
Irvine, California  92614
Attorneys for the defendant

W. West Allen, Esq.
Michael C. McCue, Esq.
Lewis & Rocca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89109

_____
M. Zadu

- 2 -